T. Steven Har (TH2601)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

*Attorneys for Plaintiff*
*KEB NY Financial Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEB NY Financial Corp.<br><br>       Plaintiff,<br><br>v.<br><br>Kyeco Tennessee Unit One LLC and Kye S. Chun<br><br>       Defendants. | Civil Action No. 10-CIV-3312 (RJH) |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, KEB NY Financial Corp. ("KEB" or "Plaintiff"), by its undersigned counsel, Duane Morris LLP, will hereby move before this Court, Hon. Richard J. Holwell, United States District Judge, for an order pursuant to Fed. R. Civ. P. 55(b) granting plaintiff's motion for entry of default judgment in plaintiff's favor against defendants Kyeco Tennessee Unit One LLC and Kye S. Chun, individually.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed commencing the within action, the Declaration of T. Steven Har filed simultaneously herewith,

DM1\2443076.1

the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and complaint, in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of default judgment has been annexed hereto.

Dated: New York, New York
       December 20, 2010

                                    DUANE MORRIS LLP
                                    *Attorneys for Plaintiff, KEB NY Financial Corp.*

                                  By: *s/ T. Steven Har*
                                        T. Steven Har
                                    1540 Broadway
                                    New York, New York 10036
                                    212) 692-1000
                                    (212) 692-1020
                                    TSHar@duanemorris.com

To:    Kyeco Tennessee Unit One LLC
        4418 McCorkle Road
        Memphis, TN 38116

        Kyeco Tennessee Unit One LLC
        c/o David J. Johnson, Esq.
        David J. Johnson, P.C.
        1709 Kirby Parkway
        Memphis, TN 38116

        Kye S. Chun
        2 East Hartshorn Drive
        Milburn, NJ 07078

DM1\2443076.1