UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEB NY FINANCIAL CORP.,

                        10-CIV-3312 (RJH)

              Plaintiff,

      -against-                  **CERTIFICATE OF SERVICE**

KYECO TENNESSEE UNIT ONE LLC and
KYE S. CHUN,

              Defendants.
------------------------------------------------------------X

    I, JULIA L. WATTS, hereby certify that I am employed in the County of New York, State of New York, am over the age of 18 and not a party to the within action. My business address is 1540 Broadway, 12th Floor, New York, New York 10036.

    On December 20, 2010, I served the foregoing document(s) described as: NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF T. STEVEN HAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b), EXHIBITS A-D, and DEFAULT JUDGMENT on the interested parties in this action via First Class Mail, at the addresses listed below, as follows:

Kyeco Tennessee Unit One LLC
4418 McCorkle Road
Memphis, TN 38116

Kyeco Tennessee Unit One LLC
c/o David J. Johnson, Esq.
David J. Johnson, P.C.
1709 Kirby Parkway
Memphis, TN 38116

Kye S. Chun
2 East Hartshorn Drive
Milburn, NJ 07078

    by placing a true copy thereof enclosed in a sealed envelope, addressed as above, and by placing said sealed envelope for collection and mailing on that date.

                                                _____
                                                      Julia L. Watts

Sworn to before me this 21st
day of December, 2010.

_____
NOTARY PUBLIC
DM1\2444181.1

                                              LAURIE DEALE
                                         Notary Public, State of New York
                                         No.01DE6144191
                                       Qualified in WestChester County
                                   COMMISSION EXPIRES 04/24/2014

**Replies, Opposition and Supporting Documents**
1:10-cv-03312-RJH KEB NY Financial Corp. v. Kyeco Tennessee Unit One LLC et al
ECF

### U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:56 PM EST and filed on 12/20/2010
**Case Name:** KEB NY Financial Corp. v. Kyeco Tennessee Unit One LLC et al
**Case Number:** 1:10-cv-03312-RJH
**Filer:** KEB NY Financial Corp.
**Document Number:** 10

**Docket Text:**
**DECLARATION of T. Steven Har in Support re: [9] MOTION for Default Judgment as to *Kyeco Tennessee Unit One LLC and Kye S. Chun*.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default Judgment as to Kyeco Tennessee Unit One LLC, # (2) Text of Proposed Order Default Judgment as to Kye S. Chun)(Har, Taewoong)**

**1:10-cv-03312-RJH Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-03312-RJH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066333-
0] [48cc078d0ed0c3e5cc6c9a4082054ea2188817056551d60813a534a353e28cd6d4
37f76cd42c80d7034e841f39a596afab2300e36ed7cbf4bcb97227daacf008]]
**Document description:** Text of Proposed Order Default Judgment as to Kyeco Tennessee Unit One LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066333-
1] [823f89df9ccac513cd9d54159f3665949a9b4b809fa975c61c70f43668a029840c
932ecb44d801b7e9e2bf019733cb01a314d5be3195f5cec842b6e4f97dc372]]
**Document description:** Text of Proposed Order Default Judgment as to Kye S. Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066333-
2] [56466e159188ce460ec06396129d7bb0b33f886e41d30f89dff5430993da8c3919
1f0bdf42bd0be1dd95b5c0300c1282a93c211cbafa13c7a918417f999e0d32]]

## Replies, Opposition and Supporting Documents
1:10-cv-03312-RJH KEB NY Financial Corp. v. Kyeco Tennessee Unit One LLC et al
ECF

**Docket Text: Modify as Appropriate.**
DECLARATION of T. Steven Har in Support re: [9] MOTION for Default Judgment as to *Kyeco Tennessee Unit One LLC and Kye S. Chun* . . Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default Judgment as to Kyeco Tennessee Unit One LLC, # (2) Text of Proposed Order Default Judgment as to Kye S. Chun) (Har, Taewoong)

[ Next ]   [ Clear ]